UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VILMA AGUILERA, on behalf of herself and all
other persons similarly situated,

                Plaintiff,                JUDGMENT

v.                                              23-cv-06946-ENV-ARL

GOLF GEAR, LTD. d/b/a CLUB PRO
MANUFACTURING USA, LTD. and,
STEPHEN TYRER,

                Defendants.
-----------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on April 4, 2025; and Defendants, GOLF GEAR, LTD. d/b/a CLUB PRO MANUFACTURING USA, LTD. and, STEPHEN TYRER, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff VILMA AGUILERA in the amount of Seven Thousand Five Hundred Dollars and Zero Cents ($7,500.00), inclusive of all costs and fees, including all attorneys' fees, for the full and complete satisfaction of any claims under for overtime violations under the Fair Labor Standards Act and New York Labor Law, violations of New York Labor Law §§ 195(1),(3), and the New York State Human Rights Law (i.e. Plaintiff's First, Second, Fifth, Sixth and Seventh Claims for Relief); it is

       ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff VILMA AGUILERA and against Defendants, GOLF GEAR, LTD. d/b/a CLUB PRO MANUFACTURING USA, LTD. and, STEPHEN TYRER in the amount of Seven Thousand Five Hundred Dollars and Zero Cents ($7,500.00), inclusive of all costs and fees, including all attorneys' fees, for the full and complete satisfaction of any claims under for overtime violations under the Fair Labor Standards Act and New York Labor Law, violations of New

York Labor Law §§ 195(1),(3), and the New York State Human Rights Law (i.e. Plaintiff's First, Second, Fifth, Sixth and Seventh Claims for Relief).

Dated: Brooklyn, New York  
       April 7, 2025

Brenna B. Mahoney  
Clerk of Court

By:    <u>*/s/Jalitza Poveda*</u>  
       Deputy Clerk